IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE ROCK DISTILLERIES, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> FRANCISCAN VINEYARDS, INC., <br><br>   Defendant. | No. C 08-05478 JSW <br><br><br> **ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on February 27, 2009 on Defendant's motion to dismiss. The Court HEREBY ORDERS that opposition to the motion shall be filed by no later than January 30, 2009 and a reply brief shall be filed by no later than February 6, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 16, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE