IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WHITE ROCK DISTILLERIES, INC.,

    Plaintiff,

  v.

FRANCISCAN VINEYARDS, INC.,

    Defendant.

          No. C 08-05478 JSW

**JUDGMENT**

Pursuant to the Order granting Defendant Franciscan Vineyards, Inc.'s motion to dismiss entered on February 26, 2009, this action is DISMISSED. The Clerk is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 27, 2009

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE